COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex parte Cameron Michael Moon

Appellate case number:     01-18-01014-CR

Trial court case number:    1467534A

Trial court:                182nd District Court of Harris County

Appellant, Cameron Michael Moon, has filed a notice of the appeal of the trial court's order denying his application for a writ of habeas corpus. A clerk's record was filed in this appeal on November 16, 2018. Appellant has filed a motion to supplement the clerk's record with a copy of his "Motion to Set Aside Transfer Order and Dismiss for Lack of Jurisdiction" that "was again filed as part of the habeas record in Cause No. 1467534-A on June 19, 2018." "If a relevant item has been omitted from the clerk's record . . . any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item." TEX. R. APP. P. 34.5(c)(1); *see id.* 34.5(c)(3) ("Any supplemental clerk's record will be part of the appellate record."). Appellant may request the trial court clerk to prepare and file a supplemental clerk's record that contains any omitted item.[1]

Accordingly, we **dismiss as moot** appellant's motion filed in this Court.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
                       ☑ Acting individually    ☐ Acting for the Court

Date: __January 8, 2019____

---

[1]    We note that, "[i]f a filing designated for inclusion in the clerk's record has been lost or destroyed, the parties may, by written stipulation, deliver a copy of that item to the trial court for inclusion in the clerk's record or a supplement." TEX. R. APP. P. 34.5(e).